IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **OLLIE MCKINNIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-00560-CG-M |
| | ) |
| **TROY KING, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the court's Order entered this date granting Defendants' motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**

**DONE and ORDERED** this 31st day of December, 2008.

　　　　　　　　　　　　　　　　/s/   Callie V. S. Granade
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE